# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CARLA MICHELE RUCKER                                                          PLAINTIFF

V.                          NO. 4:10CV01218 JTR

SOCIAL SECURITY ADMINISTRATION                                      DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED, WITHOUT PREJUDICE.

Dated this 20th day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE